# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 17-390-02 |
| v. | : |
| | : |
| EDWIN PAWLOWSKI, | : |
| SCOTT ALLINSON | : |

## NOTICE OF APPEAL

Notice is hereby given that Scott Allinson, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment of the Court entered in this action on the Twenty-ninth day of June, 2018.

Dated: July 2, 2018

By:    */s/ Megan S. Scheib*
         William J. Winning
         Megan S. Scheib
         One Liberty Place
         1650 Market Street, Suite 2800
         Philadelphia, PA  19103
         (610) 832-7463 (p)
         (215) 665-5592 (p)
         wwinning@cozen.com
         mscheib@cozen.com
         Attorneys for Defendant Scott Allinson

## CERTIFICATE OF SERVICE

I certify that on July 2, 2018, a true and correct copy of the foregoing was served via ECF on the following:

Michelle L. Morgan, Esq.
Antony J. Wzorek, Esq.
Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
michelle.morgan2@usdoj.gov
anthony.wzorek@usdoj.gov

Jack McMahon, Esq.
139 North Croskey Street
Philadelphia, PA 19103
mcmahonlaw@hotmail.com
*Counsel for Defendant Mayor Edwin Pawlowski*

                                                      */s/ Megan S. Scheib*
                                                      Megan S. Scheib, Esq.
                                                      Attorney for Defendant Scott Allinson